PROB 12C
(6/16)

Report Date: February 10, 2017

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2017

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Isidoro Padilla                Case Number: 0980 2:11CR02058-SAB-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 23, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 45 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (02/18/2015) | Prison - 24 months; TSR - 12 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 14, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 13, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 31, 2016, Mr. Padilla was arrested by Granger Police Department for possession of a stolen motor vehicle.<br><br>On January 17, 2017, Mr. Padilla was formally charged in Yakima County Superior Court with possession of a stolen motor vehicle, RCW 9A.56.068 and 9A.56.140(1), a class B felony. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 8, 2017, Mr. Padilla was arrested by Sunnyside Police Department for theft of a motor vehicle, making/having vehicle theft tools, malicious mischief, and criminal trespassing. |

Prob12C
**Re: Padilla, Isidoro**
**February 10, 2017**
**Page 2**

| | | |
|---|---|---|
| 3 | | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | | **Supporting Evidence**: On January 19, 2017, Mr. Padilla completed a substance abuse evaluation. On January 27, 2017, Mr. Padilla was given his evaluation results which recommended entering outpatient treatment services at Merit Resource Service (Merit). Mr. Padilla was scheduled to begin his outpatient treatment program on January 30, 2017. Mr. Padilla has failed to report to Merit to begin treatment services. |
| 4 | | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | | **Supporting Evidence**: On January 4 and 5, 2017, Mr. Padilla submitted to random urinalysis testing (UA). The results of the UA's were presumptive positive for methamphetamine. Mr. Padilla denied consuming methamphetamine. The urinalysis samples were sent to a laboratory for confirmation testing. On January 18, 2017, this officer received verification that the UA results were positive for methamphetamine. |

On January 27, 2017, this officer met with Mr. Padilla and his chemical dependency counselor at Merit to discuss the substance abuse evaluation results and treatment recommendation. At that time, Mr. Padilla admitted to having consumed methamphetamine earlier in the day.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/10/2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Padilla, Isidoro**
**February 10, 2017**
Page 3

THE COURT ORDERS

[ ]  No Action
[xx] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

2/13/17
_____
Date