PROB 12C
(6/16)

Report Date: April 24, 2017

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Isidoro Padilla | Case Number: 0980 2:11CR02058-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 23, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 45 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (02/18/2015) | Prison - 24 months<br>TSR - 12 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 14, 2016 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 13, 2017 | |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/10/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 4, 2017, at approximately 0900 hours at the Yakima County Jail, Mr. Padilla committed the crime of RCW 9.94.041 narcotic, drugs, controlled substances, alcohol, marijuana, other intoxicant, cell phone, or other form of electronic telecommunications device - possession, etc., by prisoners, a Class C Felony, Yakima County Sheriff's Office case number 17C05479.<br><br>According to an incident report from the Yakima County Sheriff's Office, on April 4, 2017, officers at the Yakima County Jail, working the Annex building, believed they smelled marijuana coming from Unit F.  The officers observed the unit and saw three inmates in the shower while fully clothed.  Officers believed the inmates were smoking marijuana in the bathroom area.  The officers approached the inmates and conducted strip searches on each inmate to ensure that they were not in possession of any drugs.  Mr. Padilla was strip |

Prob12C
**Re: Padilla, Isidoro**
**April 24, 2017**
**Page 2**

searched and was found to be in possession of two small packages wrapped in plastic. The packages contained a crystal-like substance that was white in color. A NIK test revealed that the substance in both packages tested positive for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 24, 2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/26/2017

Date